# CASE ANNOUNCEMENTS
*February 28, 2011*

[Cite as *02/28/2011 Case Announcements*, 2011-Ohio-857.]

## DISCIPLINARY CASES

**2010–2021.  Disciplinary Counsel v. Squire.**
This cause is pending before the court upon the filing of Findings of Fact, Conclusions of Law, and a

Recommendation by the Board of Commissioners on Grievances and Discipline.

Upon consideration of relator's motion to strike the attachments to respondent's answer brief, it is ordered that the motion is granted and the attachments are stricken.

## CASE ANNOUNCEMENTS

*February 28, 2011*

[Cite as *02/28/2011 Case Announcements #2*, 2011-Ohio-897.]

## MOTION AND PROCEDURAL RULINGS